1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FREDRICK F. DAWSON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 5:22-cr-00001-CDB
12 |         Plaintiff,                 | **STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER**
13 | vs.                                |
14 | FREDRICK F. DAWSON,                | Date:  July 11, 2023
                                        | Time:  10:00 a.m.
15 |         Defendant.                 | Judge: Hon. Christopher D. Baker
16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and

19 Assistant Federal Defender Erin Snider, counsel for Fredrick F. Dawson, that the Court may

20 continue the status conference currently scheduled for May 2, 2023, at 10:00 a.m. to July 11,

21 2023, at 10:00 a.m. before the Honorable Christopher D. Baker.

22       On June 3, 2022, the government filed an Information charging Mr. Dawson with one

23 count of theft of government property. *See* ECF No. 7, Case No. 1:22-cr-00107-ADA-1. The

24 magistrate judge thereafter dismissed the Information without prejudice on the basis of a Speedy

25 Trial Act violation. *See* ECF No. 18, Case No. 1:22-cr-00107-ADA-1. The defense filed a timely

26 appeal to the district court judge, arguing that the magistrate judge erred in dismissing the case

27 without prejudice. *See* ECF No. 20, Case No. 1:22-cr-00107-ADA-1. As of December 5, 2022,

28 the appeal has been fully briefed and the parties are awaiting a ruling from the district judge. *See*

1 ECF No. 29, Case No. 1:22-cr-00107-ADA-1.

2 Meanwhile, the government refiled the charge against Mr. Dawson, which is the instant
3 case. Because the pending appeal may impact the government's ability to proceed with this
4 prosecution, the parties agree that, in the interest of efficiency, this case should trail the pending
5 appeal.

6 In addition to the pending appeal, this case involves voluminous discovery—
7 approximately 3,880 Bates-marked pages. Defense counsel requires time to review discovery
8 and consult with her client. Defense counsel believes that failure to grant the above-requested
9 continuance would deny her the reasonable time necessary for effective preparation, taking into
10 account the exercise of due diligence.

11 Based on the above, the parties agree that the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of
14 computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
15 commence, the time period May 2, 2023, to July 11, 2023, inclusive, is excludable pursuant to 18
16 U.S. C. § 3161(h)(7)(A) and (B)(iv).

17 **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

21 Date: April 24, 2023              */s/ Chan Hee Chu*
                                    CHAN HEE CHU
22                                  Special Assistant United States Attorney
                                    Attorney for Plaintiff

24                                  HEATHER E. WILLIAMS
                                    Federal Defender

26 Date: April 24, 2023              */s/ Erin Snider*
                                    ERIN SNIDER
27                                  Assistant Federal Defender
                                    Attorney for Defendant
28                                  FREDRICK F. DAWSON

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 2, 2023, at 10:00 a.m. is hereby continued to July 11, 2023, at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 2, 2023, to July 11, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **April 25, 2023**            _____
                                        UNITED STATES MAGISTRATE JUDGE