1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FREDRICK F. DAWSON
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 5:22-cr-00001-CDB
12 |              Plaintiff,          | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**
13 | vs.                              |
14 | FREDRICK F. DAWSON,              | Date:  February 6, 2024
   |                                  | Time:  10:00 a.m.
15 |              Defendant.          | Judge: Hon. Christopher D. Baker

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Fredrick F. Dawson, that the Court may continue the

20  status conference currently scheduled for January 9, 2024, at 10:00 a.m. to February 6, 2024, at

21  10:00 a.m. before the Honorable Christopher D. Baker.

22       On June 3, 2022, the government filed an Information charging Mr. Dawson with one

23  count of theft of government property. *See* ECF No. 7, Case No. 1:22-cr-00107-ADA-1. The

24  magistrate judge thereafter dismissed the Information without prejudice on the basis of a Speedy

25  Trial Act violation. *See* ECF No. 18, Case No. 1:22-cr-00107-ADA-1. The defense filed a timely

26  appeal to the district court judge, arguing that the magistrate judge erred in dismissing the case

27  without prejudice. *See* ECF No. 20, Case No. 1:22-cr-00107-ADA-1. As of December 5, 2022,

28  the appeal has been fully briefed and the parties are awaiting a ruling from the district judge. *See*

1  ECF No. 29, Case No. 1:22-cr-00107-ADA-1.

2  Meanwhile, the government refiled the charge against Mr. Dawson, which is the instant
3  case. Because the pending appeal may impact the government's ability to proceed with this
4  prosecution, the parties agree that, in the interest of efficiency, this case should trail the pending
5  appeal.

6  In addition to the pending appeal, this case involves voluminous discovery—
7  approximately 3,880 Bates-marked pages. Defense counsel requires time to review discovery
8  and consult with her client. Defense counsel believes that failure to grant the above-requested
9  continuance would deny her the reasonable time necessary for effective preparation, taking into
10  account the exercise of due diligence.

11  Based on the above, the parties agree that the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendant in a trial within the
13  original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of
14  computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
15  commence, the time period January 9, 2024, to February 6, 2024, inclusive, is excludable
16  pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 4, 2024                */s/ Chan Hee Chu*
                                     CHAN HEE CHU
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender

Date: January 4, 2024                */s/ Erin Snider*
                                     ERIN SNIDER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     FREDRICK F. DAWSON

# **O R D E R**

**IT IS SO ORDERED.** For good cause shown in the parties' stipulation, the status currently scheduled for January 9, 2024, at 10:00 a.m. is hereby continued to February 6, 2024, at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2024, to February 6, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **January 4, 2024**                                    _____
                                                                                     UNITED STATES MAGISTRATE JUDGE