HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FREDRICK F. DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-cr-00001-CDB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| FREDRICK F. DAWSON, | Date:   September 3, 2024 |
| Defendant. | Time:   10:00 a.m.<br>Judge: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Fredrick F. Dawson, that the Court may continue the status conference currently scheduled for July 2, 2024, at 10:00 a.m. to September 3, 2024, at 10:00 a.m. before the Honorable Christopher D. Baker.

On June 3, 2022, the government filed an Information charging Mr. Dawson with one count of theft of government property. *See* ECF No. 7, Case No. 1:22-cr-00107-ADA-1. The magistrate judge thereafter dismissed the Information without prejudice on the basis of a Speedy Trial Act violation. *See* ECF No. 18, Case No. 1:22-cr-00107-ADA-1. The defense filed a timely appeal to the district court judge, arguing that the magistrate judge erred in dismissing the case without prejudice. *See* ECF No. 20, Case No. 1:22-cr-00107-ADA-1. As of December 5, 2022, the appeal has been fully briefed and the parties are awaiting a ruling from the district judge. *See*

1  ECF No. 29, Case No. 1:22-cr-00107-ADA-1. On January 24, 2024, the parties received an
2  update via email from the Court, advising that "Sacramento is aware [of the pending appeal] and
3  the matter is under submission." On May 9, 2024, Chief District Judge Kimberly J. Mueller
4  reassigned the matter to District Judge Daniel J. Calabretta. *See* ECF No. 31, Case No. 1:22-cr-
5  00107-ADA-1.

6  Meanwhile, the government refiled the charge against Mr. Dawson, which is the instant
7  case. Because the pending appeal may impact the government's ability to proceed with this
8  prosecution, the parties agree that, in the interest of efficiency, this case should trail the pending
9  appeal.

10  In addition to the pending appeal, this case involves voluminous discovery—
11  approximately 3,880 Bates-marked pages. Defense counsel requires time to review discovery
12  and consult with her client. Defense counsel believes that failure to grant the above-requested
13  continuance would deny her the reasonable time necessary for effective preparation, taking into
14  account the exercise of due diligence.

15  Based on the above, the parties agree that the ends of justice served by continuing the
16  case as requested outweigh the interest of the public and the defendant in a trial within the
17  original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of
18  computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
19  commence, the time period July 2, 2024, to September 3, 2024, inclusive, is excludable pursuant
20  to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

21  **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 26, 2024          */s/ Chan Hee Chu*
                              CHAN HEE CHU
                              Assistant United States Attorney
                              Attorney for Plaintiff

27  / / /
28  / / /

Dawson – Stipulation to Continue Status Conference          2

HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2024                */s/ Erin Snider*
                                   ERIN SNIDER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   FREDRICK F. DAWSON

## **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for July 2, 2024, at 10:00 a.m. is hereby continued to September 3, 2024, at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 2, 2024, to September 3, 2024, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **June 26, 2024**                        _____
                                                  UNITED STATES MAGISTRATE JUDGE