1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   ERIN SNIDER, CA Bar #304781
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    FREDRICK F. DAWSON
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 5:22-cr-00001-CDB

12                  Plaintiff,           **STIPULATION TO CONTINUE STATUS
                                         CONFERENCE; [~~PROPOSED~~] ORDER**
13  vs.

14  FREDRICK F. DAWSON,                  Date:  December 3, 2024
                                         Time:  10:00 a.m.
15                  Defendant.           Judge: Hon. Christopher D. Baker

16

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant

19  Federal Defender Erin Snider, counsel for Fredrick F. Dawson, that the Court may continue the

20  status conference currently scheduled for September 3, 2024, at 10:00 a.m. to December 3, 2024,

21  at 10:00 a.m. before the Honorable Christopher D. Baker.

22          On June 3, 2022, the government filed an Information charging Mr. Dawson with one

23  count of theft of government property. *See* ECF No. 7, Case No. 1:22-cr-00107-ADA-1. The

24  magistrate judge thereafter dismissed the Information without prejudice on the basis of a Speedy

25  Trial Act violation. *See* ECF No. 18, Case No. 1:22-cr-00107-ADA-1. The defense filed a timely

26  appeal to the district court judge, arguing that the magistrate judge erred in dismissing the case

27  without prejudice. *See* ECF No. 20, Case No. 1:22-cr-00107-ADA-1. As of December 5, 2022,

28  the appeal has been fully briefed and the parties are awaiting a ruling from the district judge. *See*

1   ECF No. 29, Case No. 1:22-cr-00107-ADA-1. On January 24, 2024, the parties received an

2   update via email from the Court, advising that "Sacramento is aware [of the pending appeal] and

3   the matter is under submission." On May 9, 2024, Chief District Judge Kimberly J. Mueller

4   reassigned the matter to District Judge Daniel J. Calabretta. *See* ECF No. 31, Case No. 1:22-cr-

5   00107-ADA-1.

6       Meanwhile, the government refiled the charge against Mr. Dawson, which is the instant

7   case. Because the pending appeal may impact the government's ability to proceed with this

8   prosecution, the parties agree that, in the interest of efficiency, this case should trail the pending

9   appeal.

10      In addition to the pending appeal, this case involves voluminous discovery—

11  approximately 3,880 Bates-marked pages. Defense counsel requires time to review discovery

12  and consult with her client. Defense counsel believes that failure to grant the above-requested

13  continuance would deny her the reasonable time necessary for effective preparation, taking into

14  account the exercise of due diligence.

15      Based on the above, the parties agree that the ends of justice served by continuing the

16  case as requested outweigh the interest of the public and the defendant in a trial within the

17  original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of

18  computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

19  commence, the time period September 3, 2024, to December 3, 2024, inclusive, is excludable

20  pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

21      **IT IS SO STIPULATED.**

        Respectfully submitted,

22

23      PHILLIP A. TALBERT
        United States Attorney

24

25  Date: August 27, 2024          */s/ Chan Hee Chu*
                                    CHAN HEE CHU

26                                  Assistant United States Attorney
                                    Attorney for Plaintiff

27  / / /

28  / / /

1   HEATHER E. WILLIAMS
    Federal Defender
2

3   Date: August 27, 2024          /s/ Erin Snider
                                    ERIN SNIDER
4                                   Assistant Federal Defender
                                    Attorney for Defendant
5                                   FREDRICK F. DAWSON

6

7

8                            **O R D E R**

9      **IT IS SO ORDERED.** The status currently scheduled for September 3, 2024, at 10:00

10  a.m. is hereby continued to December 3, 2024, at 10:00 a.m. For the purpose of computing time

11  under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the

12  time period of September 3, 2024, to December 3, 2024, inclusive, is excluded pursuant to 18

13  U.S.C. § 3161(h)(7)(A) and (B)(iv).

14  IT IS SO ORDERED.

15     Dated:   **August 27, 2024**

16                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28