| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
FREDRICK F. DAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:22-cr-00001-CDB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| FREDRICK F. DAWSON, | Date:   April 1, 2025 |
| | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Christopher D. Baker |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Fredrick F. Dawson, that the Court may continue the status conference currently scheduled for February 4, 2025, at 10:00 a.m. to April 1, 2025, at 10:00 a.m. before the Honorable Christopher D. Baker.

   On June 3, 2022, the government filed an Information charging Mr. Dawson with one count of theft of government property. *See* ECF No. 7, Case No. 1:22-cr-00107-ADA-1. The magistrate judge thereafter dismissed the Information without prejudice on the basis of a Speedy Trial Act violation. *See* ECF No. 18, Case No. 1:22-cr-00107-ADA-1. The defense filed a timely appeal to the district court judge, arguing that the magistrate judge erred in dismissing the case without prejudice. *See* ECF No. 20, Case No. 1:22-cr-00107-ADA-1. As of December 5, 2022, the appeal has been fully briefed and the parties are awaiting a ruling from the district judge. *See*

1  ECF No. 29, Case No. 1:22-cr-00107-ADA-1. On January 24, 2024, the parties received an

2  update via email from the Court, advising that "Sacramento is aware [of the pending appeal] and

3  the matter is under submission." On May 9, 2024, Chief District Judge Kimberly J. Mueller

4  reassigned the matter to District Judge Daniel J. Calabretta. *See* ECF No. 31, Case No. 1:22-cr-

5  00107-ADA-1. On January 23, 2025, Judge Calabretta entered an order directing the parties to

6  file additional briefing. *See* ECF No. 32, Case No. 1:22-cr-00107-ADA-1.

7  Meanwhile, the government refiled the charge against Mr. Dawson, which is the instant

8  case. Because the pending appeal may impact the government's ability to proceed with this

9  prosecution, the parties agree that, in the interest of efficiency, this case should trail the pending

10  appeal.

11  In addition to the pending appeal, this case involves voluminous discovery—

12  approximately 3,880 Bates-marked pages. Defense counsel requires time to review discovery

13  and consult with her client. Defense counsel believes that failure to grant the above-requested

14  continuance would deny her the reasonable time necessary for effective preparation, taking into

15  account the exercise of due diligence.

16  Based on the above, the parties agree that the ends of justice served by continuing the

17  case as requested outweigh the interest of the public and the defendant in a trial within the

18  original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of

19  computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

20  commence, the time period February 4, 2025, to April 1, 2025, inclusive, is excludable pursuant

21  to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

22  **IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 28, 2025           */s/ Chan Hee Chu*
                                 CHAN HEE CHU
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

28  / / /

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 28, 2025 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>FREDRICK F. DAWSON |

## **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for February 4, 2025, at 10:00 a.m. is hereby continued to April 1, 2025, at 10:00 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2025, to April 1, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **January 29, 2025**                                  _____
                                                                                    UNITED STATES MAGISTRATE JUDGE