1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           Case No. 5:22-cr-00001-CDB

12 |            Plaintiff,

13 | v.
                                         MOTION AND ORDER FOR DISMISSAL
14 | FREDRICK F. DAWSON,

15 |            Defendant.

16

17

18       The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-cr-00001-

20 CDB against FREDRICK F. DAWSON, charged by information, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22       The parties have reached a deferred prosecution agreement after continuing discussions

23 following the related appeal in Case No. 1:22-cr-00107-DJC-1.  Neither the agreement nor the motion to

24 dismiss should be construed as any indication on the merits of that appeal, including the jurisdictional

25 question posed by the District Court by minute order on January 23, 2025.

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| DATED: February 3, 2025 | | Respectfully submitted, |
| | | MICHELE BECKWITH<br>Acting United States Attorney |
| | By: | /s/ *Chan Hee Chu*<br>CHAN HEE CHU<br>Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United Stats of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:22-cr-00001-CDB against FREDRICK F. DAWSON, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 3, 2025**

_____
UNITED STATES MAGISTRATE JUDGE